IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC. | § § | |
| Plaintiff, | § § | |
| | § | Case No. 2:11-cv-306-JRG-CMC |
| v. | § § | |
| GOOGLE, INC. and | § | |
| MICROSOFT CORPORATION, | § | JURY TRIAL DEMANDED |
| | § § | |
| Defendants. | § § | |

## NOTICE

Plaintiff Paid Search Engine Tools, LLC ("PSET") and Defendants Google Inc. and Microsoft Corporation (collectively, "Defendants") conferred in compliance with Appendix E of the General Order Regarding Pending Case Transfers (Dkt. # 31). This case remains stayed pursuant to Judge Craven's Order of April 10, 2012 (Dkt. # 29). The parties have agreed that no trial date or other schedule should be entered by the Court at this time. Unless otherwise directed by this Court, the parties will again confer regarding trial date, schedule, and related issues when the stay is lifted.

Respectfully submitted,

PAID SEARCH ENGINE TOOLS, L.L.C.

Dated: January 25, 2013

*/s/ Elizabeth L. DeRieux*
S. Calvin Capshaw, III
State Bar No. 03883900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
CAPSHAW DERIEUX, LLP

114 E. Commerce Ave.
Gladewater, Texas 75647
(903) 236-9800
(903) 236-8787 (fax)

Attorneys for Plaintiff
Paid Search Engine Tools, LLC

OF COUNSEL:
J. Robert Chambers, Esq.
bchambers@whepatent.com
Paul J. Linden, Esq.
plinden@whepatent.com
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
(513) 241-2324
(513) 241-6234 (fax)

Gregory M. Utter, Esq.
gutter@kmklaw.com
W. Jeffrey Sefton, Esq.
jsefton@kmklaw.com
KEATING, MUETHING & KLEKAMP, PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
(513) 579-6400
(513) 579-6457 (fax)

Attorneys for Plaintiff
Paid Search Engine Tools, LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 25th day of January, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Elizabeth L. DeRieux*