# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:11-cv-306-JRG-CMC |
| v. | § | |
| | § | |
| GOOGLE, INC. and | § | |
| MICROSOFT CORPORATION, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Unopposed Motion of Plaintiff Paid Search Engine Tools, LLC to Dismiss With Prejudice, the Court is of the opinion that the same should be granted.

It is therefore ORDERED that the Unopposed Motion of Plaintiff Paid Search Engine Tools, LLC to Dismiss With Prejudice is hereby GRANTED as follows:

(i) all of PSET's claims in this action against Defendants shall be dismissed with prejudice, and

(ii) each Party shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 10th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE